UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Michael Firkey</u>

    v.                                          Civil No. 09-cv-00035-JL

<u>Barbara Barrand</u>

### ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on **May 28, 2009.**

The Discovery Plan (document no. 11) is approved as submitted, with the following changes:

- "<u>DiBennedetto</u>" disclosure deadline – **December 15, 2010**

Although it is normally the court's practice to require that the completion of discovery precede the summary judgment deadline, the court will not disturb the agreed-to schedule in this case based on the representations of counsel.  After the summary judgment deadline, however, neither party will be heard to argue that summary judgment is inappropriate because discovery is still ongoing.

**SO ORDERED.**

                                                    _____
                                                    Joseph N. Laplante
                                                    United States District Judge

Dated:  May 28, 2009

cc:  Edward M. Van Dorn, Esq.
     William A. Mulvey, Jr., Esq.